151 So. 887
## SOUTHERN BUILDING & LOAN ASSOCIATION v. Emma WEAVER.
### 3 Div. 82.

Supreme Court of Alabama.
Dec. 7, 1933.

Rehearing Denied Jan. 18, 1934.

Lange, Simpson & Brantley, of Birmingham, for petitioner.

J. R. Bell, of Hayneville, and Powell & Hamilton, of Greenville, opposed.

PER CURIAM.

Petition of the Southern Building & Loan Association for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Southern Building & Loan Ass'n v. Weaver, 151 So. 882.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.